UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA HAWKINS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE,, Commissioner of the Social Security Administration <br><br> Defendant. | CASE NO. 11-cv-05733 RBL <br><br> REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 14.)

After reviewing Defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant Defendant's motion, and reverse and remand this matter

pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings, including a *de novo* hearing.

On remand, the Administrative Law Judge ("ALJ") should be instructed to: (1) update the treatment evidence on Plaintiff's medical condition and consider the medical evidence as a whole; (2) expressly evaluate the examining medical source opinion from Dr. West and explain the reasons for the weight he gives to this opinion evidence; (3) evaluate the third party lay witness statements from Plaintiff's husband and friend and assign them the appropriate weight; (4) further consider Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (7) further consider whether or not Plaintiff has past relevant work she could have performed with the limitations established by the evidence; and (8) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, Plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

The parties agree that reasonable attorney fees should be awarded, following proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 1st day of March, 2012.

J. Richard Creatura
United States Magistrate Judge